STEPHEN DINGMAN, RESPONDENT, v. WILLIAM S. RUGG, APPELLANT.

Judgment and order reversed and new trial ordered, costs to

abide event. *Held*, that the testimony tending to show that the defendant was indemnified was immaterial and inadmissible, and it may have affected the defendant unfavorably. HARDIN, J., not sitting.